IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SCOT R. BYRD, etc., *et al.*,      )
             )
    Plaintiffs,      )
             )
vs.             )    CIV. A. NO.: 22-0173-KD-MU
             )
BP EXPLORATION & PRODUCTION  )
INC., *et al.,*        )
             )
    Defendants.     )

## ORDER

On October 19, 2023, the Downs Law Group, attorneys for Plaintiffs Scot R. Byrd and Jessica E. Brandon, individually and on behalf of their minor child, S.J.B., filed a motion to withdraw as counsel for Plaintiffs. (Doc. 43). Plaintiffs Scot R. Byrd and Jessica E. Brandon and counsel for Defendants are **ORDERED** to file their response to the motion to withdraw on or before **November 3, 2023**, and The Downs Law Group is **ORDERED** to file their reply on or before **November 7, 2023**. This motion shall come on for a hearing before United States Magistrate Judge P. Bradley Murray on **November 9, 2023,** at **1:00 p.m. (CST)** in Courtroom 5A, United States District Court, 155 St. Joseph Street, Mobile, Alabama**.** In addition to counsel for both parties, Plaintiffs Scot R. Byrd and Jessica E. Brandon are **ORDERED** to appear in person for this hearing.

In their complaint, Plaintiffs assert claims on behalf of themselves, individually, and on behalf of their minor child. (Doc. 1). While Plaintiffs may each represent themselves without an attorney (*pro se*) in this litigation, they cannot represent their minor child. *Whitehurst v. Wal-Mart*, 306 F. App'x 446, 449 (11th Cir. 2008); *Devine v. Indian River Co. Sch. Bd.*, 121 F.3d 576, 582 (11th Cir. 1997), *overruled on other*

*grounds by Winkelman v. Parma Sch. Dist.*, 550 U.S. 516 (2007); *see also Mack v. Delta Air Lines, Inc.*, Civ. A. File No. 1:13-cv-01162-SCJ-AJB, 2014 WL 12629940, *12 (N.D. Ga. Jan. 16, 2014) (holding that "although Rule 17(c) of the Federal Rules of Civil Procedure allows a guardian to bring or defend a suit on behalf of a minor, a parent may not proceed without a lawyer on her child's behalf, even as her legal guardian"); *Williams v. Monroe Co. Bd. of Educ.,* Civ. A. No. 07-0561-CG-B, 2009 WL 1767658, *4 (S.D. Ala. June 23, 2009) (holding that "parents who are not attorneys may not bring a *pro se* action on their child's behalf"). Counsel for Plaintiffs and Defendants are **ORDERED** to address this issue in their response/reply.

The Clerk is directed to serve Scot R. Byrd and Jessica E. Brandon with a copy of this Order by first class mail at 2375 Boddie Lane, Gulf Shores, Alabama 36542 and to send a courtesy copy by email to Scot R. Byrd and Jessica E. Brandon at byrdbrothers251@gmail.com.

**DONE** and **ORDERED** this the **20th** day of **October, 2023**.

 s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**